IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-73-FL

| ARTHUR O. ARMSTRONG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BEVERLY PURDUE, et al. | ) | |
| Defendants. | ) | |

This matter is before the court on Memorandum and Recommendation of Magistrate Judge James E. Gates, entered August 9, 2011, on review of plaintiff's complaint pursuant to pre-filing injunction against plaintiff, In re Armstrong, No. 5:03-CV-941, 2006 WL 3408237, at *3 (E.D.N.C. 18 Jan. 2006), aff'd, No. 06-1191 (4th Cir. 20 Apr. 2006). The court hereby ADOPTS the recommendation of the magistrate judge a its own, and ORDERS the following:

1. the complaint is DISMISSED;

2. plaintiff is SANCTIONED $350.00; and

3. the court finds that an appeal from this order would be frivolous.

The clerk is directed to serve a copy of this order on plaintiff via certified mail, return receipt. Until plaintiff pays the sanction in full, plaintiff may not file any document with this court. If plaintiff successfully files any document without having paid the sanction, the clerk is directed to strike any document filed from the record and return the document to plaintiff. All pending motions in this case are DENIED, and the clerk is directed to close this case.

SO ORDERED, this the 7th day of September, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

2