UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR O. ARMSTRONG,        )
        )
        Plaintiff,        )
        )
v.        )
        )
BEVERLY PURDUE, Governor;        )
EUGENE CONTI, Department of        )
Transportation; JOHN DOE, North        )
Carolina Department of Motor Vehicles;        )        JUDGMENT
ROY COOPER, Attorney General Office;        )        Case No. 5:11-CV-73-FL
JOHN H. MANLEY, Police Department;        )
HARRY PATRICK DOLAN, Police        )
Department; DONNIE HARRISON,        )
Sheriff's Office; WAYNE V. GAY,        )
Sheriff's Office; COLON WILLOUGHBY,        )
District Attorney Office; ROBERT        )
EVANS, District Attorney Office; and,        )
LOFTON, Bail Bondsman Office,        )
        )
        Defendants.        )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge entered August 9, 2011 and the plaintiff's motions for leave to file motion to reopen case.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered on September 7, 2011 and March 28, 2012, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous and plaintiff's motions for leave to file a motion to reopen this case are denied. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 28, 2012, and Copies To:**

Arthur O. Armstrong (via U.S. Mail) 8113 Pleasant Hill Road, Elm City, NC 27822


March 28, 2012                    JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk